| | |
|---|---|
| GARDELLA GRACE P.A. | COOLEY LLP |
| W. Cook Alciati (*pro hac vice*) | ERIK B. MILCH (*pro hac vice*) |
| calciati@gardellagrace.com | emilch@cooley.com |
| 80 M Street SE, 1st Floor | One Freedom Square, Reston Town Center |
| Washington, DC 20003 | 11951 Freedom Drive |
| Telephone: (703) 721-8379 | Reston, VA 20190-5656 |
| Facsimile: (703) 740-4541 | Telephone: (703) 456-8000 |
| | Facsimile: (703) 456-8100 |
| LAW OFFICES OF SETH W. WIENER | |
| Seth W. Wiener | COOLEY LLP |
| seth@sethwienerlaw.com | DENA CHEN (286452) |
| 609 Karina Court | dchen@cooley.com |
| San Ramon, CA 94582 | ALISSA M. JOHNSTON (318444) |
| Telephone: (925) 487-5607 | ajohnston@cooley.com |
| Facsimile: (925) 828-8648 | PATRICK W. LAUPPE (322218) |
| | plauppe@cooley.com |
| *Attorneys for Plaintiff ST. CROIX SURGICAL SYSTEMS, LLC* | 3175 Hanover Street |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| | |
| | *Attorneys for Defendant CARDIVA MEDICAL, INC.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. CROIX SURGICAL SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CARDIVA MEDICAL, INC.,<br><br>Defendant. | Case No. 3:18-cv-04426-RS<br><br>**STIPULATION AND ORDER REGARDING *MARKMAN* HEARING DATE**<br>AS MODIFIED BY THE COURT<br><br>*Markman*: July 17, 2019 at 10 a.m. |

Pursuant to Civil Local Rules 6-2 and 7-11, Plaintiff St. Croix Surgical Systems, LLC ("St. Croix") and Defendant Cardiva Medical, Inc. ("Cardiva") provide the following stipulation and proposed order regarding the *Markman* hearing date:

WHEREAS St. Croix filed a reply claim construction brief (Dkt. 49-1), reply declaration of

1  Dr. Matthew Becker (Dkt. 49-4), and two reply exhibits (Dkt. 49-2, Dkt. 49-3), on June 13;

2  WHEREAS Cardiva filed an objection (Dkt. 50), and motion to strike and motion for leave to
3  file a sur-reply (Dkt. 51), on June 20;

4  WHEREAS St. Croix's response to Cardiva's motion to strike and motion for leave to file a
5  sur-reply is due July 5, and Cardiva's reply is due July 12;

6  WHEREAS the hearing on Cardiva's motion to strike and motion for leave to file a sur-reply
7  is currently scheduled for August 1 (Dkt. 51);

8  WHEREAS the *Markman* hearing is currently scheduled for July 17 (Dkt. 48);

9  WHEREAS the parties agree that the motion to strike and motion for leave to file a sur-reply
10 should be heard before the *Markman* hearing;

11 The parties therefore propose, subject to Court approval, to continue the *Markman* hearing
12 until after the motion to strike and motion for leave to file a sur-reply. The parties are available on
13 August 8, 2019. The proposed modification would allow the Court time to review the briefing on the
14 motion to strike and motion for leave to file a sur-reply. The parties' proposed briefing schedule would
15 not alter any other deadlines in this case. (Milch Decl. ¶¶ 2-8.)

17 Dated: July 1, 2019

19 GARDELLA GRACE P.A.                    COOLEY LLP

21 */s/ W. Cook Alciati*                  */s/ Dena Chen*

22 W. Cook Alciati                        Dena Chen (286452)
   calciati@gardellagrace.com             dchen@cooley.com
23 GARDELLA GRACE P.A.                    3175 Hanover Street
   80 M Street SE, 1st Floor              Palo Alto, CA  94304
24 Washington, DC 20003                   Telephone:   (650) 843-5000
   Telephone: (703) 721-8379              Facsimile:   (650) 849-7400
25 Facsimile: (703) 740-4541

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

| Event | Deadline |
|---|---|
| *Markman* Hearing | August 9, 2019 at 10:00 AM. |

Dated: July 2, 2019

_____
Hon. Richard Seeborg